# EXHIBIT A



Your Missouri Courts

Search for Cases by: Select Search Method...

Judicial Links | eFiling | Help | Contact Us | Print GrantedPublicAccess Logoff BJSTRA6829

2011-CC00548 - FRANCISCO BARBOSA V GENERAL MOTORS LLC (E-CASE)

Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution

This information is provided as a service and is not considered an official court record.

Click here to eFile on Case
Click here to Respond to Selected Documents

Sort Date Entries: Descending Ascending

Display Options: All Entries

**06/22/2020**

Agent Served
Document ID - 20-SMCC-1051; Served To - GENERAL MOTORS, LLC; Server - ; Served Date - 19-JUN-20; Served Time - 11:57:00; Service Type - Special Process Server; Reason Description - Served; Service Text - SERVED SUSAN FACCARO, CSC REP.

**Notice of Service**
Summons Returned Served upon Susan Faccaro CSC Agent for General Motors LLC.
**Filed By:** JAMES GARNER AVERY
**On Behalf Of:** FRANCISCO BARBOSA

**06/15/2020**

Order - Special Process Server
**Associated Entries: 06/15/2020 -** Motion Special Process Server

Motion Special Process Server
**Associated Entries: 06/15/2020 -** Order - Special Process Server

Summons Issued-Circuit
Document ID: 20-SMCC-1051, for GENERAL MOTORS, LLC. SUMMONS SAVED AND ATTACHED IN PDF FORM FOR ATTORNEY TO RETRIEVE FROM SECURE CASE.NET. EPP

**Filing Info Sheet eFiling**
**Filed By:** JAMES GARNER AVERY

Pet Filed in Circuit Ct
Petition; Request for Special Process Server.
**On Behalf Of:** FRANCISCO BARBOSA

**Judge Assigned**

Case.net Version 5.14.0.17 Return to Top of Page Released 11/25/2019

2011-CC00548

Electronically Filed - St Charles Circuit Div - June 15, 2020 - 10:01 AM

**IN THE CIRCUIT COURT OF ST. CHARLES COUNTY**
**STATE OF MISSOURI**

| | |
|---|---|
| FRANCISCO BARBOSA,<br><br>Plaintiff,<br><br>vs.<br><br>GENERAL MOTORS, LLC,<br><br>Defendant.<br><br>Serve at:<br><br>CSC of St Louis County, Inc.<br>130 South Bemiston Ave<br>Suite 700<br>Clayton, Missouri 63105 | Case No:<br><br>Division:<br><br>**Jury Trial Demanded** |

**PETITION**

COMES NOW Francisco Barbosa, by and through attorney Jim Avery of Avery Injury Law and his cause of action against Defendant General Motors, LLC (General Motors) states to the Court as follows:

**GENERAL ALLEGATIONS**

1. Plaintiff is a lawful resident of the State of Missouri.

2. Defendant General Motors is a company in good standing authorized to do business in the State of Missouri and County of St Charles.

3. General Motors can be properly served at their agent CSC of St Louis, County, Inc. 130 Bemiston, Ave Suite 700, Clayton, Missouri 63105.

4. On or about November 21, 2019, at or around 4:00 AM, Plaintiff was a business invitee lawfully upon the premises of General Motors Wentzville Plant located at 1500 Highway A, Wentzville, MO 63385 for the purpose of delivering materials from his employer.

Electronically Filed - St Charles Circuit Div - June 15, 2020 - 10:01 AM

5. At that time and place Plaintiff was between dock doors 10 and 11, there was an unsecured wheel chock belonging to General Motors.

6. After exiting his vehicle, the unsecured wheel chock caused Plaintiff to trip and fall and sustain permanent and disabling injuries discussed herein.

7. The wheel chock was discrete and undisclosed to Plaintiff.

8. The unsecured wheel chock created a dangerous condition upon the premises, which Defendant knew or should have known existed at all times relevant herein, and condition, which was not reasonably safe to anyone including Plaintiff.

9. Plaintiff was in no matter or degree negligent.

10. Venue is proper under MO. REV. STAT. §508.010, insofar that the incident giving rise to this cause of action occurred in St. Charles County, State of Missouri.

11. Jurisdiction is appropriate in the Circuit Court as the damages sought, exclusive of interest and costs, exceed the amount of the jurisdiction of the Associate Circuit Court under the provisions of MO. REV. STAT. §478.225.

**COUNT I – NEGLIGENCE**

12. Plaintiff adopts and incorporates by reference each and every allegation contained in paragraphs 1 through 11 as if fully set forth herein.

13. Defendant General Motors was negligent in allowing a dangerous condition to exist when General Motors knew or should have known through the exercise of reasonable diligence and ordinary care of that condition's existence.

14. Defendant General Motors breached a duty to its business invitees, including Plaintiff, to maintain the General Motors premises in a reasonably safe manner so that its business invitees would not be injured while on the premises.

Electronically Filed - St Charles Circuit Div - June 15, 2020 - 10:01 AM

15. Defendant breached its duty by failing to maintain the General Motors premises in a reasonably safe manner and by allowing a dangerous condition to exist for a sufficient length of time prior to the occurrence alleged herein, when General Motors should have taken reasonable and appropriate steps to remove the condition, which eventually caused Plaintiff to fall and sustain serious injury.

16. As a direct result of General Motors negligence, Plaintiff was caused to sustain the following serious and permanent bodily injuries to wit: he sustained injury to his left knee, right wrist, left shoulder and ribs and suffering in the past and has suffered and will continue to experience pain and suffering in the future.

17. As a direct result of General Motors negligence, Plaintiff has suffered and will continue to suffer both emotionally and psychologically.

18. As a direct and proximate result of the aforesaid occurrence, Plaintiff's ability to work, labor and enjoy the ordinary pursuits of life has been severely and permanently impaired and diminished.

19. As a direct and proximate result of the aforesaid injuries, Plaintiff has been caused to undergo medical care and treatment as well as hospital care and treatment, and will be required to undertake further care and treatment in the future.

20. As a direct and proximate result of the aforesaid occurrence and resulting injuries, Plaintiff has lost wages and earnings and will continue to suffer wage loss in the future as well as a diminished capacity to earn income.

WHEREFORE, Plaintiff Francisco Barbosa prays judgment against Defendant General Motors, in an amount in excess of Twenty-Five Thousand Dollars ($25,000.00), pre-judgment interest, for his costs herein incurred, and for such other and further relief as the Court deems just and proper under the circumstances.

Electronically Filed - St Charles Circuit Div - June 15, 2020 - 10:01 AM

**COUNT II – FAILURE TO WARN**

21. Plaintiff adopts and incorporates by reference each and every allegation contained in paragraphs 1 through 21 as if fully set forth herein.

22. Defendant General Motors was negligent in allowing a dangerous condition to exist when General Motors knew or should have known through the exercise of reasonable diligence and ordinary care of that condition's existence.

23. Defendant could have but failed to use ordinary care to warn of or remedy the aforementioned dangerous condition.

24. As a direct result of General Motors negligence, Plaintiff was caused to sustain the following serious and permanent bodily injuries to wit: he sustained injury to his left knee, right wrist, left shoulder and ribs and pain and suffering in the past and has suffered and will continue to experience pain and suffering in the future.

25. As a direct result of General Motors negligence, Plaintiff has suffered and will continue to suffer both emotionally and psychologically.

26. As a direct and proximate result of the aforesaid occurrence, Plaintiff's ability to work, labor and enjoy the ordinary pursuits of life has been severely and permanently impaired and diminished.

27. As a direct and proximate result of the aforesaid injuries, Plaintiff has been caused to undergo medical care and treatment as well as hospital care and treatment, and will be required to undertake further care and treatment in the future.

28. As a direct and proximate result of the aforesaid occurrence and resulting injuries, Plaintiff has lost wages and earnings and will continue to suffer wage loss in the future as well as a diminished capacity to earn income.

WHEREFORE, Plaintiff Francisco Barbosa prays judgment against Defendant General Motors, in an amount in excess of Twenty-Five Thousand Dollars ($25,000.00), pre-judgment

Electronically Filed - St Charles Circuit Div - June 15, 2020 - 10:01 AM

interest, for his costs herein incurred, and for such other and further relief as the Court deems just and proper under the circumstances.

Respectfully submitted,

**AVERY INJURY LAW**

Jim Avery, Mo #69672
50 Executive Center, Ste 30
St. Louis, Missouri 63126
Telephone: 314-569-5600
Facsimile: 314-200-0754
E-mail: jim@averyinjurylaw.com

Electronically Filed - St Charles Circuit Div - June 15, 2020 - 10:01 AM



**IN THE 11TH JUDICIAL CIRCUIT, ST. CHARLES COUNTY, MISSOURI**

| Judge or Division:<br>JON A. CUNNINGHAM | **Case Number: 2011-CC00548** | |
|---|---|---|
| Plaintiff/Petitioner:<br>FRANCISCO BARBOSA<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>JAMES GARNER AVERY<br>50 EXECUTIVE CENTER STE 30<br>SAINT LOUIS, MO 63126 | |
| Defendant/Respondent:<br>GENERAL MOTORS, LLC | Court Address:<br>300 N 2nd STREET<br>SAINT CHARLES, MO 63301 | |
| Nature of Suit:<br>CC Pers Injury-Vehicular | | (Date File Stamp) |

# Summons in Civil Case

**The State of Missouri to: GENERAL MOTORS, LLC**
**Alias:**

**1500 HWY A**
**WENTZVILLE, MO 63385**

**SERVE AT: R/A CSC OF ST LOUIS COUNTY, INC**
**130 SOUTH BEMISTON AVE**
**SUITE 700**
**CLAYTON, MO 63105**

***COURT SEAL OF***

CIRCUIT COURT OF MISSOURI

***ST. CHARLES COUNTY***

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

__________6/15/2020__________ Date

________________/S/ Cheryl Crowder________________ Clerk

Further Information:

## Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with ____________________________________, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:

____________________________________ (name) ____________________________________ (title).

☐ other: ____________________________________________________________.

Served at ____________________________________________________________ (address)

in ________________________ (County/City of St. Louis), MO, on __________________ (date) at __________ (time).

____________________________________ Printed Name of Sheriff or Server

____________________________________ Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on __________________________ (date).

*(Seal)*

My commission expires: ________________ Date ____________________________ Notary Public

**Sheriff's Fees, if applicable**

| | |
|---|---|
| Summons | $______________ |
| Non Est | $______________ |
| Sheriff's Deputy Salary Supplemental Surcharge | $ 10.00 |
| Mileage | $______________ (______ miles @ $.______ per mile) |
| **Total** | **$______________** |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

**2011-CC00548**

Electronically Filed - St Charles Circuit Div - June 15, 2020 - 10:01 AM

**IN THE ELEVENTH JUDICIAL CIRCUIT, ST CHARLES COUNTY, MISSOURI**

| Judge or Division: | **Case Number:** | |
|---|---|---|
| Plaintiff:<br>Francisco Barbosa | Defendant:<br>General Motors, LLC | (Date File Stamp) |

# REQUEST FOR APPOINTMENT OF SPECIAL PROCESS SERVER

Comes now Plaintiff Francisco Barbosa, pursuant to Local Court Rule 4.2.1 and at his/her/its own risk, requests the appointment of:

| John Frederick | PO BOX 27041 St Louis, MO 63127 | (314) 966-5585 |
|---|---|---|
| Name of Process Server | Address | Telephone |
| | | |
| Name of Process Server | Address | Telephone |

a person(s) of lawful age to serve the summons and petition in this cause on the below named parties. This appointment as special process server does not include the authorization to carry a concealed weapon in the performance thereof.

| **SERVE:** | **SERVE:** |
|---|---|
| CSC of St Louis County, Inc | |
| Name | Name |
| 130 Bemiston Ave Suite 700 | |
| Address | Address |
| Clayton, MO 63105 | |
| City/State/Zip | City/State/Zip |

**Appointed as requested:**

**Cheryl Crowder,**

**Circuit Clerk**

**By** ______________________________ **Date** ____________________

Deputy Clerk

Electronically Filed - St Charles Circuit Div - June 15, 2020 - 10:01 AM

2011-CC00548

Electronically Filed - St Charles Circuit Div - June 15, 2020 - 10:01 AM

**IN THE ELEVENTH JUDICIAL CIRCUIT, ST CHARLES COUNTY, MISSOURI**

| Judge or Division: | **Case Number:** | |
|---|---|---|
| Plaintiff: Francisco Barbosa | Defendant: General Motors, LLC | (Date File Stamp) |

## REQUEST FOR APPOINTMENT OF SPECIAL PROCESS SERVER

Comes now Plaintiff Francisco Barbosa, pursuant to Local Court Rule 4.2.1 and at his/her/its own risk, requests the appointment of:

| Name of Process Server | Address | Telephone |
|---|---|---|
| John Frederick | PO BOX 27041 St Louis, MO 63127 | (314) 966-5585 |
| | | |

a person(s) of lawful age to serve the summons and petition in this cause on the below named parties. This appointment as special process server does not include the authorization to carry a concealed weapon in the performance thereof.

**SERVE:**

Name: CSC of St Louis County, Inc

Address: 130 Bemiston Ave Suite 700

City/State/Zip: Clayton, MO 63105

**SERVE:**

Name:

Address:

City/State/Zip:

**Appointed as requested:**

**Cheryl Crowder,**

**Circuit Clerk**

ALL RISKS TO REQUESTING PARTY

SO APPOINTED:

**By** /S/ Cheryl Crowder 10:32 am, Jun 15, 2020

Deputy Clerk

**Date** ____________________

CIV030

Electronically Filed - St Charles Circuit Div - June 15, 2020 - 10:01 AM



Electronically Filed - St Charles Circuit Div - June 22, 2020 - 09:07 AM

# IN THE 11TH JUDICIAL CIRCUIT, ST. CHARLES COUNTY, MISSOURI

| Judge or Division: JON A. CUNNINGHAM | Case Number: 2011-CC00548 | |
|---|---|---|
| Plaintiff/Petitioner: FRANCISCO BARBOSA vs. | Plaintiff's/Petitioner's Attorney/Address JAMES GARNER AVERY 50 EXECUTIVE CENTER STE 30 SAINT LOUIS, MO 63126 | |
| Defendant/Respondent: GENERAL MOTORS, LLC | Court Address: 300 N 2nd STREET SAINT CHARLES, MO 63301 | (Date File Stamp) |
| Nature of Suit: CC Pers Injury-Vehicular | | |

## Summons in Civil Case

**The State of Missouri to: GENERAL MOTORS, LLC**
**Alias:**

**1500 HWY A**
**WENTZVILLE, MO 63385**

**SERVE AT: R/A CSC OF ST LOUIS COUNTY, INC**
**130 SOUTH BEMISTON AVE**
**SUITE 700**
**CLAYTON, MO 63105**

*COURT SEAL OF* CIRCUIT COURT OF MISSOURI *ST. CHARLES COUNTY*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

6/15/2020
Date

/S/ Cheryl Crowder
Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with ______, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☒ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: Susan Faccaro (name) CSC Rep, authorized to accept (title).

☐ other: ______

Served at 9666 Olive Blvd St. Louis MO 63132 (address)

in St. Louis (County/City of St. Louis), MO, on 6/19/2020 (date) at 11:57AM (time).

Rebecca Watters
Printed Name of Sheriff or Server

[signature]
Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on 6/19/2020 (date).

(Seal) JAIMIE MANESS Notary Public Notary Seal State of Missouri Commission # 13430690 Jefferson County My Commission Expires: 01-02-2021

My commission expires: 1/2/2021
Date

Jaimie Maness
Notary Public

**Sheriff's Fees, if applicable**

| | |
|---|---|
| Summons | $______ |
| Non Est | $______ |
| Sheriff's Deputy Salary Supplemental Surcharge | $ 10.00 |
| Mileage | $______ (_____ miles @ $.____ per mile) |
| **Total** | $______ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.